# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

John Green
Attorney at Law
1135 Hodges St.
Lake Charles LA 70601

Christian Drew Chesson
Attorney at Law
One Lakeshore Drive, #1800
Lake Charles LA 70629

**REHEARING ACTION: September 5, 2012**

**Docket Number: 12   00829-CW**

**CHRISTIAN D. CHESSON**
**VERSUS**
**SARAH REBECCA CHESSON**

**Writ Application from Calcasieu Parish Case No. 2003-2782**

**BEFORE JUDGES:**

   Hon. Billy Howard Ezell
   Hon. J. David Painter
   Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christian D. Chesson** has this day been

   **DENIED.**

cc: Michael R. Garber, Counsel for  the Respondent